*In re* COMITÉ PARA EL ESTUDIO DE LA ASIGNACIÓN DE ABOGADOS Y ABOGADAS DE OFICIO.

*Número:* EN-2004-6          *Resuelto:* 28 de septiembre de 2004

## RESOLUCIÓN

Se enmienda la Resolución EM-2004-1 del Tribunal Supremo de 28 de enero de 2004, a los efectos de sustituir al Lcdo. Carlos Mondríguez Torres por el Lcdo. Julio Fontanet Maldonado, actual Presidente del Ilustre Colegio de Abogados de Puerto Rico. El Tribunal le agradece al licenciado Mondríguez sus aportaciones y colaboración en los trabajos de este Comité.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*